IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BUNNIE MAFILYN FERG,<br><br>    Claimant,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND FEDERAL HOUSING ADMINISTRATION,<br><br>    Respondents. | CASE NO. MC419-008 |

## O R D E R

Before the Court is the Magistrate Judge's August 18, 2023, Report and Recommendation (doc. 24), to which no objections have been filed. After a careful review of the record,[1] the Report and Recommendation (doc. 24) is **ADOPTED** as the Court's opinion in this case. This case is **DISMISSED** as frivolous. Wells Fargo Home Mortgage and Wells Fargo Bank's Motion to Dismiss, doc. 3, and all

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

of Claimant's Motions, docs. 6, 9, 13 & 15, are **DISMISSED** as moot.

The Clerk is then **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 11th day of September, 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA